In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-08-051 CV


 ______________________


 

YOULANDA FONTENOT, Appellant



v.



TRACEY PEARSON, Appellee






On Appeal from the County Court at Law No. 1


Jefferson County, Texas


Trial Cause No. 104656






MEMORANDUM OPINION


 On February 21, 2008, we notified the parties that the notice of appeal did not appear
to have been timely filed. The appellant's response explains that the appellant thought the
appellate deadlines ran from the date the trial court overruled her motion for new trial. The
trial court signed the judgment on October 9, 2007 and the appellate timetables were
extended by the timely filing of post-judgment motions. Notice of appeal was due to be filed
on January 7, 2008. See Tex. R. App. P. 26.1(a). Youlanda Fontenot filed notice of appeal
on February 5, 2008, more than 90 days from the date of judgment and outside the time for
which we may grant an extension of time to perfect appeal. See Tex. R. App. P. 26.3. This
Court lacks jurisdiction over this appeal. 

 Accordingly, we dismiss the appeal for lack of jurisdiction.

 APPEAL DISMISSED.

 ____________________________

 DAVID GAULTNEY

 Justice

 

Opinion Delivered March 20, 2008

Before Gaultney, Kreger, and Horton, JJ.